**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-6489**

_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

MOHAMMAD IJAZ,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Marvin J. Garbis, Senior District
Judge.  (1:07-cr-00227-MJG-2)

_____

Submitted:  October 20, 2010      Decided:  November 16, 2010

_____

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Mohammad Ijaz, Appellant Pro Se.   Paul Michael Cunningham,
Christine Manuelian, Assistant United States Attorneys,
Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohammad Ijaz appeals the district court's revised order denying several motions, including his motion for return of $249,132.06 in forfeited currency. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Ijaz</u>, No. 1:07-cr-00227-MJG-2 (D. Md. Mar. 19, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>